

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENT V. ANDERS | CIVIL ACTION |
| VERSUS | NO. 06-2898 |
| MARLIN GUSMAN, SHERIFF | SECTION "N"(4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Kent V. Ander's **Motion to Amend (Rec. Doc. No. 21)** is **GRANTED** in part to as defendants Assistant Warden Bonita Pittman, Sgt. Bell, Captain Marshall, Deputy Bergeron, Deputy Tina Johnson, Deputy Tyra Brooks, Deputy Christina Foster, Deputy Lionel Lipscomb, and Deputy T.J. Johnson and to raise the claim of failure to train and supervise against Sheriff Gusman, and **DENIED in part** to the extent Anders seeks to name "any other deputy" on duty from August 29, 2005, to September 1, 2005, for failure to identify a proper party.



IT IS FURTHER ORDERED that the **CLERK OF COURT FILE AND DOCKET** a copy of Rec. Doc. No. 21 as an Amended Complaint, **ADD AS DEFENDANTS** Assistant Warden Bonita Pittman, Sgt. Bell, Captain Marshall, Deputy Bergeron, Deputy Tina Johnson, Deputy Tyra Brooks, Deputy Christina Foster, Deputy Lionel Lipscomb, Deputy T.J. Johnson, and **ISSUE SUMMONSES** to these newly added defendants as to the original and **ISSUE SUMMONSES** to all defendants as to the amended complaint.

IT IS FURTHER ORDERED that the claims against the Special Investigation Department be **DISMISSED WITH PREJUDICE** as legally frivolous and otherwise for failure to state a claim for which relief could be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 29th day of March, 2007.

UNITED STATES DISTRICT JUDGE

**CLERK TO FILE AMENDED COMPLAINT,
ADD DEFENDANTS AND ISSUE SUMMONSES
AS DIRECTED**