# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENT V. ANDERS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-2898** |
| **MARLIN GUSMAN, SHERIFF, ET AL** | **SECTION "N"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Kent V. Anders's claims against the Defendants are **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing to state a claim for which relief can be granted.

New Orleans, Louisiana, this 5th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE